THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : 3:21-CR-206 |
| v. | : (JUDGE MARIANI) |
| | : |
| MIGUEL EDUARDO ROSARIO, | : |
| | : |
| Defendant. | : |

**ORDER**

**AND NOW, THIS 18th DAY OF MARCH 2022**, for the reasons set forth in this Court's accompanying Memorandum Opinion, upon consideration of Defendant's Motion to Suppress Physical Evidence (Doc. 37), **IT IS HEREBY ORDERED THAT:**

1. Defendant's Motion to suppress evidence is **DENIED.**

2. Defendant's request for a *Franks* hearing is **DENIED.**

Robert D. Mariani
United States District Judge