THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : 3:21-CR-206 |
| | : (JUDGE MARIANI) |
| MIGUEL EDUARDO ROSARIO, | : |
| | : |
| Defendant. | : |

**ORDER**

AND NOW, THIS ___20th___ DAY OF JANUARY, 2023, in accordance with this Court's accompanying memorandum opinion, **IT IS HEREBY ORDERED THAT** the Government's Motion in Limine to Admit Statements Excepted Under Hearsay Rules (Doc. 97) is **GRANTED IN PART, DENIED IN PART, AND RESERVED IN PART** as follows:

1. The Government's motion is **GRANTED** with respect to the statements made by Nicolas Correa to an EMS paramedic on September 14, 2018.

2. The Government's motion is **DENIED** with respect to the statements made by Nicolas Correa to a West Reading Police Officer on September 14, 2018 at the hospital.

3. The Government's motion is **RESERVED UNTIL TIME OF TRIAL** with respect to the statements made by Nicolas Correa to Dimitri Correa in January of 2019.

4. The Government's motion is **GRANTED** with respect to the statements made by Nicolas Correa to his friend on March 24, 2019.

_____
Robert D. Mariani
United States District Judge