THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| v. | : 3:21-CR-206 |
| | : (JUDGE MARIANI) |
| MIGUEL EDUARDO ROSARIO, | : |
| Defendant. | : |

## ORDER

**AND NOW, THIS 27TH DAY OF OCTOBER**, for the reasons set forth in this Court's accompanying memorandum opinion and at sentencing held this same day, the Defendant's Objections (*see* Docs. 239, 246, 247, 250) are **OVERRULED**.

Robert D. Mariani
United States District Judge